```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22925
   JOHNNY H ROGERS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5503

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/16/2004 and was confirmed 08/18/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

    The case was paid in full 10/05/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
CITIMORTGAGE INC            CURRENT MORTG        .00             .00             .00
CITIMORTGAGE INC            MORTGAGE ARRE    4111.03             .00         4111.03
BANK OF AMERICA NA          UNSECURED        2205.84             .00          551.46
BANK ONE                    UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC         UNSECURED        1209.28             .00          302.32
AT & T WIRELESS             UNSECURED       NOT FILED            .00             .00
CREDIT COLLECTION SERVIC    UNSECURED       NOT FILED            .00             .00
GREAT BANK OF ALGONQUIN     UNSECURED        3369.59             .00          842.40
LAWN MEDICAL CENTER         UNSECURED       NOT FILED            .00             .00
LITTLE CO MARY HOSPITAL     UNSECURED       NOT FILED            .00             .00
WORLDCOM WIRELESS           UNSECURED       NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     1,655.20                         1,655.20
TOM VAUGHN                  TRUSTEE                                            420.59
DEBTOR REFUND               REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             7,883.00

PRIORITY                                        .00
SECURED                                    4,111.03
UNSECURED                                  1,696.18
ADMINISTRATIVE                             1,655.20
TRUSTEE COMPENSATION                         420.59
DEBTOR REFUND                                   .00
                   ---------------      ---------------
TOTALS              7,883.00               7,883.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 22925 JOHNNY H ROGERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 22925 JOHNNY H ROGERS